FILED
CLERK, U.S. DISTRICT COURT
SEP - 7 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1 Rachel Dollar, SBN 199977
Sherrill A. Oates, SBN 213763
2 SMITH DOLLAR PC
Attorneys at Law
3 404 Mendocino Avenue, Second Floor
Santa Rosa, CA 95401
4 Telephone: (707) 522-1100
Facsimile: (707) 522-1101
5
Attorneys for Defendants Homeward Residential, Inc., formerly known as American
6 Home Mortgage Servicing, Inc. and Power Default Services, Inc.

7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL D. ELLSWORTH and ROBIN ELLSWORTH,<br><br>    Plaintiff,<br>v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., a business entity form unknown and POWER DEFAULT SERVICES, INC., a business entity form unknown and DOES 1-100, inclusive<br><br>    Defendants. | CASE NO.: SACV12-1499 AG (MLGx)<br><br>**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**<br><br>[FED.R.CIV.P. 7.1] |

TO THE COURT, PLAINTIFF AND ALL OTHER PARTIES APPEARING OF RECORD:

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendants Homeward Residential, Inc., formerly known as American Home Mortgage Servicing, Inc. and Power Default Services, Inc. ("Removing Defendants"), certify that the following listed parties may have pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

Samuel D. Ellsworth                                                  Plaintiff

Robin Ellsworth                                                         Plaintiff

- 1 -
**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**

1 | Homeward Residential, Inc., formerly known as American Home Mortgage Servicing, Inc.     Defendant
2 | Power Default Services, Inc.     Defendant

Dated: September 7, 2012

SMITH DOLLAR PC

/s/ Sherrill A. Oates

By_____
Sherrill A. Oates
Attorneys for Defendant Homeward Residential, Inc., formerly known as American Home Mortgage Servicing, Inc. and Power Default Services, Inc.



- 2 -
**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**

**PROOF OF SERVICE**

I am employed in the County of Sonoma, State of California. I am over the age of 18 years and not a party to the within action. My business address is 404 Mendocino Avenue, Second Floor, Santa Rosa, California 95401. On September 7, 2012, I served the **CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES** on the parties to this action by serving:

| | |
|---|---|
| Joseph R. Manning, Jr.<br>The Law Offices of Joseph R. Manning, Jr. A Professional Corporation<br>4667 MacArthur Blvd., Suite 150<br>Newport Beach, CA 92660 | Attorney for Plaintiffs<br>Telephone:  (949) 361-3232<br>Facsimile:   (866) 843-8308<br>Email:<br>    BHashemi@manninglawoffice.com |

/XX/ **BY U.S. MAIL:** I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of Smith Dollar PC for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: September 7, 2012

*[signature]*

_____
Debbie Smith