Rachel Dollar, SBN 199977
Sherrill A. Oates, SBN 213763
Antonio L. Cortés, SBN 142356
SMITH DOLLAR PC
Attorneys at Law
404 Mendocino Avenue, Second Floor
Santa Rosa, California 95401
Telephone: (707) 522-1100
Facsimile: (707) 522-1101

Attorneys for Defendants Homeward Residential, Inc. formerly known as American Home Mortgage Servicing, Inc. and Power Default Services, Inc.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL D. ELLSWORTH and ROBIN ELLSWORTH,<br><br>    Plaintiffs,<br>v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., a business entity form unknown and POWER DEFAULT SERVICES, INC., a business entity form unknown and DOES 1-100, inclusive,<br><br>    Defendants. | CASE NO.: SACV12-1499 AG (MLGX)<br><br>DEFENDANTS' SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES<br><br>[FED. R. CIV. P. 7.1]<br><br>Judge: Andrew Guilford<br><br>Complaint Filed: August 2, 2012<br>Trial Date: June 18, 2013 |

TO THE COURT, PLAINTIFF AND ALL OTHER PARTIES APPEARING OF RECORD:

Pursuant to Federal Rules of Civil Procedure Rule 7.1(b), the undersigned counsel of record for Defendants Homeward Residential, Inc., formerly known as American Home Mortgage Servicing, Inc., certifies that the following listed parties may have pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

Homeward Residential, Inc. is a wholly owned subsidiary of Homeward Residential Holdings, Inc., which is a wholly owned subsidiary of Ocwen Financial Corporation.

///



296275

Ocwen Financial Corporation is a publicly traded company.

Dated: April 19, 2013

                                        SMITH DOLLAR PC

By   /s/ Antonio L. Cortés
      ――――――――――――――――
      Antonio L. Cortés
      Attorneys for Defendants Homeward
      Residential, Inc. formerly known as
      American Home Mortgage Servicing, Inc.
      and Power Default Services, Inc.



**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 19, 2013 a true and accurate copy of the foregoing was filed with the Clerk of Courts using the CF/ECF System, which will send notification of such filing to the following:

| | |
|---|---|
| Joseph R. Manning, Jr.<br>The Law Offices of Joseph R. Manning, Jr. A Professional Corporation<br>4667 MacArthur Blvd., Suite 150<br>Newport Beach, CA 92660 | Attorney for Plaintiffs<br>Telephone:  (949) 361-3232<br>Facsimile:   (866) 843-8308<br>Email:<br>   BHashemi@manninglawoffice.com |

/s/ Antonio L. Cortés

Antonio L. Cortés (142356)



296275

- 3 -

DEFENDANTS' SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES - SACV12-1499 AG (MLGX)