Rachel Dollar, SBN 199977
Sherrill A. Oates, SBN 213763
Antonio L. Cortés, SBN 142356
SMITH DOLLAR PC
Attorneys at Law
404 Mendocino Avenue, Second Floor
Santa Rosa, California 95401
Telephone:  (707) 522-1100
Facsimile:  (707) 522-1101

Attorneys for Defendants Homeward Residential, Inc. formerly known as American Home Mortgage Servicing, Inc. and Power Default Services, Inc.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL D. ELLSWORTH and ROBIN ELLSWORTH,<br><br>    Plaintiffs,<br>v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., a business entity form unknown and POWER DEFAULT SERVICES, INC., a business entity form unknown and DOES 1-100, inclusive,<br><br>    Defendants. | CASE NO.:  SACV12-1499 AG (MLGX)<br><br>DEFENDANTS' HOMEWARD RESIDENTIAL, INC. AND POWER DEFAULT SERVICES, INC.'S EXHIBIT LIST<br><br>Judge:  Andrew Guilford<br><br>Complaint Filed: August 2, 2012<br>Trial Date:         June 18, 2013 |

Defendants Homeward Residential, Inc. formerly known as American Home Mortgage Servicing, Inc. and Power Default Services, Inc. ("Defendants") hereby submits their list of exhibits.

///

///

///

# DEFENDANTS' EXHIBIT LIST

| Exhibit No. | Description |
|---|---|
| 1 | January 24, 2006 Adjustable Rate Note |
| 2 | January 24, 2006 Deed of Trust |
| 3 | January 31, 2006 HUD-1 |
| 4 | April 28, 2009 Loan Modification Agreement |
| 5 | Consolidated Notes Log |
| 6 | April 16, 2012 Notice of Default with April 9, 2012 declaration attached |
| 7 | August 23, 2010 letter from Homeward to Plaintiffs<br>September 21, 2010 letter from Homeward to Plaintiffs<br>December 22, 2011 Homeward letter to Plaintiffs |
| 8 | November 22, 2010 Homeward letter to Plaintiffs<br>December 21, 2010 Homeward letter to Plaintiffs |
| 9 | November 15, 2011 Homeward letter to Plaintiffs |
| 10 | January 19, 2012 Certified Letter to Plaintiffs |
| 11 | Web Page with toll free number |
| 12 | Customer Account Activity Statement |
| 13 | January 24, 2006 1003 Loan Application |
| 14 | Samuel Ellsworth 2005 Profit and Loss Statement |
| 15 | November 20, 2008 Certified Letter from Homeward to Plaintiffs |
| 16 | February 13, 2009 fax from Mr. Ellsworth to Homeward |
| 17 | October 21, 2010 letter from Homeward to Plaintiffs |
| 18 | December 21, 2010 letter from Homeward to Plaintiffs |
| 19 | February 21, 2011 letter from Homeward to Plaintiffs |
| 20 | March 9, 2011 Certified Letter to Plaintiffs |
| 21 | March 21, 2011 Homeward Letter to Plaintiffs |
| 22 | July 8, 2011 Acceleration Letter to Plaintiffs |
| 23 | July 18, 2011 Acceleration Notice from G Moss |
| 24 | July 19, 2011 Plaintiff fax to Customer Care |
| 25 | July 22, 2011 Plaintiff fax to Customer Care |
| 26 | January 6, 2012 Homeward letter to Plaintiffs |
| 27 | January 16, 2012 Homeward Letter to Plaintiffs |



| Exhibit No. | Description |
| --- | --- |
|  | January 19, 2012 Certified Letter from Homeward to Plaintiffs |
| 28 | February 28, 2012 Hope Now letter |
| 29 | May 14, 2012 Letter from Homeward to Plaintiffs |
| 30 | June 27, 2012 Letter from Homeward to Plaintiffs enclosing Loss Mitigation Package |
| 31 | June 27, 2012 Second Letter from Homeward to Plaintiffs |
| 32 | Documents supporting modification application |
| 33 | August 6, 2012 Fax from Plaintiffs' Counsel to Homeward |
| 34 | August 6, 2012 Letter from Samuel Ellsworth to Homeward |
| 35 | Aug 7, 2012 Hamp Certification |
| 36 | August 8, 2012 Homeward Letter to Plaintiffs |
| 37 | August 13, 2012 Homeward Letter to Plaintiffs |
| 38 | HAMP Modification Package given at depositions |
| 39 | US Postal Service Records of Certified Mail Delivery |

Dated:  May 13, 2013

SMITH DOLLAR PC

By  /s/ Antonio L. Cortés
Antonio L. Cortés
Attorneys for Defendants Homeward Residential, Inc. formerly known as American Home Mortgage Servicing, Inc. and Power Default Services, Inc.



CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 13, 2013 a true and accurate copy of the foregoing was filed with the Clerk of Courts using the CF/ECF System, which will send notification of such filing to the following:

| | |
|---|---|
| Joseph R. Manning, Jr.<br>The Law Offices of Joseph R. Manning, Jr. A Professional Corporation<br>4667 MacArthur Blvd.<br>Suite 150<br>Newport Beach, CA 92660 | Attorney for Plaintiffs<br>Telephone: (949) 361-3232<br>Facsimile: (866) 843-8308<br>Email: BHashemi@manninglawoffice.com |

/s/ Antonio L. Cortés

Antonio L. Cortés (142356)

