Rachel Dollar, SBN 199977
Sherrill A. Oates, SBN 213763
Antonio L. Cortés, SBN 142356
SMITH DOLLAR PC
Attorneys at Law
404 Mendocino Avenue, Second Floor
Santa Rosa, California 95401
Telephone:  (707) 522-1100
Facsimile:  (707) 522-1101

Attorneys for Defendants Homeward Residential, Inc. formerly known as American Home Mortgage Servicing, Inc. and Power Default Services, Inc.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL D. ELLSWORTH and ROBIN ELLSWORTH,<br><br>    Plaintiffs,<br>v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., a business entity form unknown and POWER DEFAULT SERVICES, INC., a business entity form unknown and DOES 1-100, inclusive,<br><br>    Defendants. | CASE NO.:  SACV12-1499 AG (MLGX)<br><br>DEFENDANTS' HOMEWARD RESIDENTIAL, INC. AND POWER DEFAULT SERVICES, INC.'S WITNESS LIST<br><br>Judge:  Andrew Guilford<br><br>Complaint Filed: August 2, 2012<br>Trial Date:      June 18, 2013 |

Defendants Homeward Residential, Inc. formerly known as American Home Mortgage Servicing, Inc. and Power Default Services, Inc. ("Defendants") hereby submit their Witness List as follows:

**Primary Witnesses:**

Cindi Ellis, c/o Smith Dollar PC, 404 Mendocino Avenue, Second Floor, Santa Rosa, California 95401.

Samuel D. Ellsworth, c/o Joseph R. Manning, Jr., Esq., The Law Offices of Joseph R. Manning, Jr., APC, 4667 MacArthur Blvd., Suite 150, Newport Beach, California 92660.

Robin Ellsworth, , c/o Joseph R. Manning, Jr., Esq., The Law Offices of Joseph R. Manning, Jr., APC, 4667 MacArthur Blvd., Suite 150, Newport Beach,

1  California 92660.

2  **Optional Witnesses:**

3      Muraj Bajaj, c/o Smith Dollar PC, 404 Mendocino Avenue, Second Floor,

4  Santa Rosa, California 95401.

5      Naomi Ndiraya, c/o Smith Dollar PC, 404 Mendocino Avenue, Second Floor,

6  Santa Rosa, California 95401.

7      Kris A. Garcia, c/o Smith Dollar PC, 404 Mendocino Avenue, Second Floor,

8  Santa Rosa, California 95401.

9

10  Dated:  May 13, 2013

11

12                                                  SMITH DOLLAR PC

13

14                                  By  /s/ Antonio L. Cortés
                                         Antonio L. Cortés

15                                           Attorneys for Defendants Homeward Residential, Inc. formerly known as American Home Mortgage Servicing, Inc.

16                                           and Power Default Services, Inc.

17

18

19

20

21

22

23

24

25

26

27

28



# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 13, 2013 a true and accurate copy of the foregoing was filed with the Clerk of Courts using the CF/ECF System, which will send notification of such filing to the following:

| | |
|---|---|
| Joseph R. Manning, Jr.<br>The Law Offices of Joseph R. Manning, Jr. A Professional Corporation<br>4667 MacArthur Blvd.<br>Suite 150<br>Newport Beach, CA 92660 | Attorney for Plaintiffs<br>Telephone: (949) 361-3232<br>Facsimile: (866) 843-8308<br>Email: BHashemi@manninglawoffice.com |

/s/ Antonio L. Cortés

Antonio L. Cortés (142356)

