1 | Rachel Dollar, SBN 199977
2 | Sherrill A. Oates, SBN 213763
  | Antonio L. Cortés, SBN 142356
  | SMITH DOLLAR PC
3 | Attorneys at Law
  | 404 Mendocino Avenue, Second Floor
4 | Santa Rosa, California 95401
  | Telephone:  (707) 522-1100
5 | Facsimile:  (707) 522-1101

6 | Attorneys for Defendants Homeward Residential, Inc. formerly known as American Home Mortgage Servicing, Inc. and Power Default Services, Inc.
7 |

8 | UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL D. ELLSWORTH and ROBIN ELLSWORTH, | CASE NO.:  SACV12-1499 AG (MLGX) |
| Plaintiffs, | DEFENDANTS' HOMEWARD RESIDENTIAL, INC. AND POWER DEFAULT SERVICES, INC.'S AMENDED EXHIBIT LIST |
| v. | |
| AMERICAN HOME MORTGAGE SERVICING, INC., a business entity form unknown and POWER DEFAULT SERVICES, INC., a business entity form unknown and DOES 1-100, inclusive, | Judge:  Andrew Guilford |
| | Complaint Filed: August 2, 2012 |
| Defendants. | Trial Date:       June 18, 2013 |

18  Defendants Homeward Residential, Inc. formerly known as American Home
19  Mortgage Servicing, Inc. and Power Default Services, Inc. ("Defendants") hereby
20  submits their list of amended exhibits.
21  ///
22  ///
23  ///

304481
- 1 -
Defendants' Amended Exhibit List - SACV12-1499 AG (MLGX)

## DEFENDANTS' AMENDED EXHIBIT LIST

| Exhibit No. | Description |
| --- | --- |
| 1 | January 24, 2006 Adjustable Rate Note |
| 2 | January 24, 2006 Deed of Trust |
| 3 | January 31, 2006 HUD-1 |
| 4 | April 28, 2009 Loan Modification Agreement |
| 5 | Consolidated Notes Log |
| 6 | April 16, 2012 Notice of Default with April 9, 2012 declaration attached |
| 7 | August 23, 2010 letter from Homeward to Plaintiffs |
| | September 21, 2010 letter from Homeward to Plaintiffs |
| | December 22, 2011 Homeward letter to Plaintiffs |
| 8 | November 22, 2010 Homeward letter to Plaintiffs |
| | December 21, 2010 Homeward letter to Plaintiffs |
| 9 | November 15, 2011 Homeward letter to Plaintiffs |
| 10 | January 19, 2012 Certified Letter to Plaintiffs |
| 11 | Web Page with toll free number |
| 12 | Customer Account Activity Statement |
| 13 | January 24, 2006 1003 Loan Application |
| 14 | Samuel Ellsworth 2005 Profit and Loss Statement |
| 15 | November 20, 2008 Certified Letter from Homeward to Plaintiffs |
| 16 | February 13, 2009 fax from Mr. Ellsworth to Homeward |
| 17 | October 21, 2010 letter from Homeward to Plaintiffs |
| 18 | December 21, 2010 letter from Homeward to Plaintiffs |
| 19 | February 21, 2011 letter from Homeward to Plaintiffs |
| 20 | March 9, 2011 Certified Letter to Plaintiffs |
| 21 | March 21, 2011 Homeward Letter to Plaintiffs |
| 23 | July 18, 2010 Acceleration Notice from G Moss |
| 24 | July 19, 2010 Plaintiff fax to Customer Care |
| 25 | July 22, 2011 Plaintiff fax to Customer Care |
| 26 | January 6, 2012 Homeward letter to Plaintiffs |
| 27 | January 16, 2012 Homeward Letter to Plaintiffs |
| | January 19, 2012 Certified Letter from |



304481

- 2 -
Defendants' Amended Exhibit List - SACV12-1499 AG (MLGX)

| Exhibit No. | Description |
|---|---|
|  | Homeward to Plaintiffs |
| 28 | February 28, 2012 Hope Now letter |
| 29 | May 14, 2012 Letter from Homeward to Plaintiffs |
| 30 | June 27, 2012 Letter from Homeward to Plaintiffs enclosing Loss Mitigation Package |
| 31 | June 27, 2012 Second Letter from Homeward to Plaintiffs |
| 32 | Documents supporting modification application |
| 33 | August 6, 2012 Fax from Plaintiffs' Counsel to Homeward |
| 34 | August 6, 2012 Letter from Samuel Ellsworth to Homeward |
| 35 | Aug 7, 2012 Hamp Certification |
| 36 | August 8, 2012 Homeward Letter to Plaintiffs |
| 37 | August 13, 2012 Homeward Letter to Plaintiffs |
| 38 | HAMP Modification Package given at depositions |
| 39 | US Postal Service Records of Certified Mail Delivery |
| 40 | Website of The Law Offices of Joseph R. Manning, Jr., APC found at: http://www.manninglawoffice.com/# |
| 41 | Website of The Law Offices of Joseph R. Manning, Jr., APC found at: http://www.manninglawoffice.com/foreclosure-protection# |
| 42 | Website of The Law Offices of Joseph R. Manning, Jr., APC found at: http://www.manninglawoffice.com/orange-county-bankruptcy-attorney# |
| 43 | Video found at: http://www.manninglawoffice.com/# |
| 44 | Video found at: http://www.manninglawoffice.com/foreclosure-protection# |
| 45 | Video found at: http://www.manninglawoffice.com/orange-county-bankruptcy-attorney# |
| 46 | July 6, 2012 Letter from Plaintiffs to whom it may concern |
| 47 | Plaintiffs' July 2012 loan modification application |
| 48 | Plaintiffs' July 2012 Release Authorization (Loan Modification) |
| 49 | Plaintiffs' July 2012 Third-Party Authorization |



| Exhibit No. | Description |
|---|---|
|  | Form |
| 50 | Plaintiffs' July 2012 Short Form Request for Individual Tax Return Transcript |
| 51 | Plaintiffs' July 2012 IRS 4506-T |
| 52 | Plaintiffs' July 2012 Dodd-Frank Certification |
| 53 | Plaintiffs' July 2012 Financial Analysis Form |
| 54 | Samuel Ellsworth Earnings Statements May 1, 2012 through June 15, 2012 |
| 55 | Plaintiffs' Citi Client Services Account Records March through July 2012 |
| 56 | Samuel Ellsworth's 2010 W-2 statements and tax returns |

Dated:  May 23, 2013

SMITH DOLLAR PC

By  /s/ Antonio L. Cortés
Antonio L. Cortés
Attorneys for Defendants Homeward Residential, Inc. formerly known as American Home Mortgage Servicing, Inc. and Power Default Services, Inc.



304481

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 23, 2013 a true and accurate copy of the foregoing was filed with the Clerk of Courts using the CF/ECF System, which will send notification of such filing to the following:

Joseph R. Manning, Jr.  
The Law Offices of Joseph R. Manning, Jr. A Professional Corporation  
4667 MacArthur Blvd.  
Suite 150  
Newport Beach, CA 92660  

Attorney for Plaintiffs  
Telephone: (949) 361-3232  
Facsimile: (866) 843-8308  
Email: BHashemi@manninglawoffice.com

/s/ Antonio L. Cortés

Antonio L. Cortés (142356)



301335