Rachel Dollar, SBN 199977
Sherrill A. Oates, SBN 213763
Antonio L. Cortés, SBN 142356
SMITH DOLLAR PC
Attorneys at Law
404 Mendocino Avenue, Second Floor
Santa Rosa, California 95401
Telephone:  (707) 522-1100
Facsimile:  (707) 522-1101

Attorneys for Defendants Homeward Residential, Inc. formerly known as American Home Mortgage Servicing, Inc. and Power Default Services, Inc.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL D. ELLSWORTH and ROBIN ELLSWORTH,<br><br>　　　　Plaintiffs,<br>v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., a business entity form unknown and POWER DEFAULT SERVICES, INC., a business entity form unknown and DOES 1-100, inclusive,<br><br>　　　　Defendants. | CASE NO.:  SACV12-1499 AG (MLGX)<br><br>DEFENDANTS' HOMEWARD RESIDENTIAL, INC. AND POWER DEFAULT SERVICES, INC.'S AMENDED WITNESS LIST<br><br>Judge:  Andrew Guilford<br><br>Complaint Filed: August 2, 2012<br>Trial Date:　　　June 18, 2013 |

　　　　Defendants Homeward Residential, Inc. formerly known as American Home Mortgage Servicing, Inc. and Power Default Services, Inc. ("Defendants") hereby submit their Amended Witness List as follows:

**Primary Witnesses:**

　　　　Cindi Ellis, c/o Smith Dollar PC, 404 Mendocino Avenue, Second Floor, Santa Rosa, California 95401.

　　　　Samuel D. Ellsworth, c/o Joseph R. Manning, Jr., Esq., The Law Offices of Joseph R. Manning, Jr., APC, 4667 MacArthur Blvd., Suite 150, Newport Beach, California 92660.

　　　　Robin Ellsworth, , c/o Joseph R. Manning, Jr., Esq., The Law Offices of Joseph R. Manning, Jr., APC, 4667 MacArthur Blvd., Suite 150, Newport Beach,

1 | California 92660.

2 | Joseph R. Manning, Jr., Esq., The Law Offices of Joseph R. Manning, Jr.,
3 | APC, 4667 MacArthur Blvd., Suite 150, Newport Beach, California 92660.
4 | **Optional Witnesses:**
5 | Muraj Bajaj, c/o Smith Dollar PC, 404 Mendocino Avenue, Second Floor,
6 | Santa Rosa, California 95401.
7 | Naomi Ndiraya, c/o Smith Dollar PC, 404 Mendocino Avenue, Second Floor,
8 | Santa Rosa, California 95401.
9 | Kris A. Garcia, c/o Smith Dollar PC, 404 Mendocino Avenue, Second Floor,
10 | Santa Rosa, California 95401.
11 |
12 | Dated:  May 23, 2013
13 |
14 |                                         SMITH DOLLAR PC
15 |                                         /s/ Antonio L. Cortés
16 |                                     By _____
     Antonio L. Cortés
17 | Attorneys for Defendants Homeward
     Residential, Inc. formerly known as
18 | American Home Mortgage Servicing, Inc.
     and Power Default Services, Inc.
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |



304478

- 2 -
Defendants' Amended Witness List - SACV12-1499 AG (MLGX)

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 23, 2013 a true and accurate copy of the foregoing was filed with the Clerk of Courts using the CF/ECF System, which will send notification of such filing to the following:

Joseph R. Manning, Jr.  
The Law Offices of Joseph R. Manning, Jr. A Professional Corporation  
4667 MacArthur Blvd.  
Suite 150  
Newport Beach, CA 92660

Attorney for Plaintiffs  
Telephone: (949) 361-3232  
Facsimile: (866) 843-8308  
Email: BHashemi@manninglawoffice.com

/s/ Antonio L. Cortés

Antonio L. Cortés (142356)



304478

- 3 -