Rachel Dollar, SBN 199977
Sherrill A. Oates, SBN 213763
Antonio L. Cortes, SBN 142356
SMITH DOLLAR PC
Attorneys at Law
404 Mendocino Avenue, Second Floor
Santa Rosa, California 95401
Telephone:  (707) 522-1100
Facsimile:  (707) 522-1101

Attorneys for Defendants Homeward Residential, Inc. formerly known as American Home Mortgage Servicing, Inc. and Power Default Services, Inc.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL D. ELLSWORTH and ROBIN ELLSWORTH,<br><br>    Plaintiffs,<br>v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., a business entity form unknown and POWER DEFAULT SERVICES, INC., a business entity form unknown and DOES 1-100, inclusive,<br><br>    Defendants. | CASE NO.:  SACV12-1499 AG (MLGX)<br><br>DEFENDANTS' HOMEWARD RESIDENTIAL, INC. AND POWER DEFAULT SERVICES, INC.'S MOTION IN LIMINE NO. 1 RE DAMAGES<br><br>Judge:  Andrew Guilford<br><br>Complaint Filed:  August 2, 2012<br>Trial Date:           June 18, 2013 |

Defendants Homeward Residential, Inc. formerly known as American Home Mortgage Servicing, Inc. and Power Default Services, Inc. ("Defendants") seek an order to exclude any evidence by Plaintiffs that they have suffered damages, or any comment by parties or counsel to the effect that Plaintiffs have suffered damages, with the sole exception of any evidence of mortgage payments by Plaintiffs to Defendants *in excess of* payments required by Plaintiffs' loan documents, as follows:

1. Plaintiffs assert three causes of action and no others:  (a) Violation of Civil Code § 2923.5; (2) Violation of Business and Professions Code § 17200; and (3) an accounting.

2. Plaintiffs cannot recover damages for an alleged violation of Civil Code § 2923.5. *Mabry v. Superior Court*, 185 Cal. App. 4th 208, 231 (2010) ("A



1  remarkable aspect of section 2923.5 is that it appears to have been carefully drafted
2  to avoid bumping into federal law, precisely because it is limited to affording
3  borrowers only more time when lenders do not comply with the statute"), *accord id.*
4  at 236 ("By the same token, in light of the limited right to time conferred under
5  section 2923.5, we also deny the writ petition insofar as it seeks reinstatement of any
6  claim for money damages").

       3.     Plaintiffs cannot recover damages for an alleged violation of Bus. & Prof. Code § 17200 because the complaint does not allege that Defendants obtained money *from Plaintiffs* by means of a violation of Civil Code § 2923.5, because a violation of Civil Code § 2923.5, if proven, is not a basis for a damage award, and because § 17200 authorizes a court to require disgorgement of money only to the party from whom it was unfairly obtained. *Korea Supply Co. v. Lockheed Martin Corp.*, 29 Cal. 4th 1134, 1145 (Cal. 2003) ("disgorgement of money obtained through an unfair business practice is an available remedy in a representative action only to the extent that it constitutes restitution.").

       4.     For these reasons, evidence of or reference to damages has no relevance to any issue in this case and is therefore inadmissible. F. R. Evid. Rules 401 & 403. Its introduction into this trial should be prohibited to avoid the "danger of unfair prejudice, confusion of the issues, or misleading the jury." F. R. Evid. Rule 403.

Dated:  May 24, 2013

                                                        SMITH DOLLAR PC

                                  By /s/ Antonio L. Cortés
                                      Antonio L. Cortés
                                      Attorneys for Defendants Homeward Residential, Inc. formerly known as American Home Mortgage Servicing, Inc. and Power Default Services, Inc.



# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 24, 2013 a true and accurate copy of the foregoing was filed with the Clerk of Courts using the CF/ECF System, which will send notification of such filing to the following:

Joseph R. Manning, Jr.  Attorney for Plaintiffs
The Law Offices of Joseph R. Manning, Jr. A Professional Corporation  
Telephone: (949) 361-3232  
Facsimile: (866) 843-8308  
Email: BHashemi@manninglawoffice.com  
4667 MacArthur Blvd.
Suite 150
Newport Beach, CA 92660

/s/ Antonio L. Cortés

Antonio L. Cortés (142356)



301251