UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL D. ELLSWORTH and ROBIN ELLSWORTH,<br><br>　　　Plaintiffs,<br>v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., a business entity form unknown and POWER DEFAULT SERVICES, INC., a business entity form unknown and DOES 1-100, inclusive<br><br>　　　Defendants. | CASE NO: SACV12-1499 AG (MLGX)<br><br>JUDGMENT |

The motion by Defendants Homeward Residential, Inc., formerly known as American Home Mortgage Servicing, Inc.; and Power Default Services, Inc. ("Defendants") for summary judgment or, in the alternative, partial summary judgment, against Samuel and Robin Ellsworth ("Plaintiffs"), came on for hearing in Department 10D of this Court on June 3, 2013. Appearances were duly noted on the record.

After full consideration of the evidence, and the written and oral submissions by the parties, the Court finds that there is no triable issue of material fact, and that Defendants are entitled to judgment as a matter of law.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the

245252

-1-

[PROPOSED] JUDGMENT OF DISMISSAL
CASE NO. SACV12-1499 AG (MLGX)

motion for summary judgment is granted, and that judgment in favor of Defendants Homeward Residential, Inc., formerly known as American Home Mortgage Servicing, Inc.; and Power Default Services, Inc. and against Plaintiffs Samuel D. Ellsworth and Robin Ellsworth shall be entered accordingly.

Dated: June 06, 2013

_____
UNITED STATES DISTRICT COURT JUDGE
ANDREW J GUILFORD