1   Rachel Dollar, SBN 199977
Sherrill A. Oates, SBN 213763
2   Antonio L. Cortes, SBN 142356
Richard R. Sutherland, SBN 240848
3   SMITH DOLLAR PC
Attorneys at Law
4   404 Mendocino Avenue, Second Floor
Santa Rosa, California 95401
5   Telephone:  (707) 522-1100
Facsimile:  (707) 522-1101
6

7   Attorneys for Defendants Homeward Residential, Inc. formerly known as American
Home Mortgage Servicing, Inc. and Power Default Services, Inc.
8

9   UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

10

| 11  SAMUEL D. ELLSWORTH and ROBIN ELLSWORTH, | CASE NO.:  SACV12-1499 AG (MLGX) |
|---|---|
| 12 | |
| 13          Plaintiffs, | NOTICE OF ERRATA RE DECLARATION OF SHERRILL A. OATES IN SUPPORT OF MOTION FOR ATTORNEYS' FEES [ECF #46-1] |
| 14  v. | |
| 15  AMERICAN HOME MORTGAGE SERVICING, INC., a business entity form unknown and POWER DEFAULT | Date:        July 29, 2013 |
| 16  SERVICES, INC.,  a business entity form unknown and DOES 1-100, inclusive, | Time:        10:00 a.m. Dept.:        10D |
| 17 | Judge:  Honorable Andrew Guilford |
| 18          Defendants. | Complaint Filed:  August 2, 2012 Trial Date:        June 18, 2013 |
| 19 | |

20          On June 18, 2013, Defendant Homeward Residential, Inc. formerly known as

21   American Home Mortgage Servicing, Inc. filed the Declaration of Sherrill A. Oates

22   in Support of Motion for Attorneys' Fees (ECF #46-1). Unbeknownst to Defendant's

23   counsel at the time of filing the aforementioned document, the exhibits attached to

24   the Declaration of Sherrill A. Oates contained hidden hyperlinks and/or metadata, so

25   the exhibits, when filed electronically via ECF, came through as blank pages.

26   ///

27   ///

28
314197



NOTICE OF ERRATA REGARDING DECLARATION OF SHERRILL A. OATES IN
SUPPORT OF MOTION FOR ATTORNEYS' FEES (ECF #46-1) [SACV12-1499 AG (MLGX)]

1    Defendant's counsel will refile the Declaration of Sherrill A. Oates in Support

2  of Motion for Attorneys' Fees and attached exhibits today.

3

4  Dated:  June 19, 2013

5                                          SMITH DOLLAR PC

6

7                                          /s/ Richard R. Sutherland
                                      By _____
8                                          Richard R. Sutherland
                                           Attorneys for Defendants Homeward
9                                          Residential, Inc. formerly known as
                                           American Home Mortgage Servicing, Inc.
10                                         and Power Default Services, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

314197



NOTICE OF ERRATA REGARDING DECLARATION OF SHERRILL A. OATES IN
SUPPORT OF MOTION FOR ATTORNEYS' FEES (ECF #46-1) [SACV12-1499 AG (MLGX)]

1

**CERTIFICATE OF SERVICE**

2

    The undersigned hereby certifies that on June 19, 2013 a true and accurate

3

copy of the foregoing was filed with the Clerk of Courts using the CF/ECF System,

which will send notification of such filing to the following:

4

5

Joseph R. Manning, Jr.                       Attorney for Plaintiffs
The Law Offices of Joseph R.                 Telephone:   (949) 361-3232

6

Manning, Jr. A Professional                  Facsimile:   (866) 843-8308
Corporation                                  Email:

7

4667 MacArthur Blvd., Suite 150                  BHashemi@manninglawoffice.com
Newport Beach, CA 92660

8

9

                                        /s/ Richard R. Sutherland

10

                                        _____
                                        Richard R. Sutherland (240858)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

313497                                      - 1 -

NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES

